PD-1576&1577-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 02 2015

Abel Acosta, Clerk

First Motion For Extension Of Time To File
Petition For Discretionary Review

TO THE HONORABIE JUDGES OF THE COURT OF CRIMINAL
APPEALS:

Comes now, Julian Alejo Jr, Petitioner, and files this Motion
for an extension of sixty (60) days in which to file a Petition for
Discretionary Review. In support of this motion, appellant shows
the Court the following

FILED IN
COURT OF CRIMINAL APPEALS

DEC 04 2015

Abel Acosta, Clerk

I

The Petitioner was convicted in the 213th District Court of
Tarrant County, Texas of the offense of Agg Robbery and
Robbery in Cause NO. 1336750D, 1337044D, styled
State of Texas VS Julian Alejo Jr. The Petitioner
appealed to the Court of Appeals, 2nd Supreme Judicial
District. This case was affirmed on October 29, 2015

II

The present deadline for filing the Discretionary Review is
        The Petitioner has not requested any extension
prior to this request

III

Petitioner's request for an extension is based upon the following facts:
Petitioner was not informed of the decision of the court of
appeals in affirming his case until October 29, 2015 since that
time Petitioner has been attempting to gain legal representation
in this matter.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case NO 02-14-00403-CR to 60 days                                    NO 02-14-00404-CR

Julian Alejo Jr
Texas Department of criminal Justice
Ware Unit  # 01952127
1681 S. F.M 3525    Colorado city TX, 79512

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to file a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage pre paide, first class, to the Attorney for state, at _____, and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 26th day of November 2015

Julian alejo Jr.

I Julian Alejo Jr, 01952127, being presently incarcerated in the WARE unit of the Texas Department of Criminal Justice in Michelle Canty, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 26 day of November 2015

Julian alej Jr
# 01952127